| | |
|---|---|
| 1 | Van E. Flury |
| 2 | 4009 W. Kiva Street<br>Laveen, Arizona 85339<br>(602) 237-9152, (602) 319-8777 |
| 3 | |
| 4 | Plaintiff, Pro Per |

X FILED ___ LODGED
___ RECEIVED ___ COPY

APR 2 2 2009

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ Z DEPUTY

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA

VAN E. FLURY, an individual,

Plaintiff,

vs.

DESERT SCHOOLS, a federally chartered credit union,

FIRST USA BANK, NA, a federally chartered bank;

Defendants.

CASE NO. CV'09 0848 PHX JAT

**COMPLAINT**

**(FAIR CREDIT REPORTING ACT)**

**JURISDICTION**

1) Plaintiff alleges the Court's jurisdiction of this matter pursuant to a Federal Question: the cause of action alleged against both defendants arising under the laws of the United States, pursuant to the: *FCRA, U.S.C. Title 15, section [ 1681 ] et seq.*

**PARTIES**

2) Desert Schools Federal Credit Union
148 N. 48th Street
Phoenix, AZ 85034

First USA Bank, NA
201 North Walnut Street
Wilmington, DE 19801

Complaint - Fair Credit Reporting Act.

## COMPLAINT AGAINST ( Desert Schools )

**3)**   Plaintiff alleges that the defendant, DESERT SCHOOLS FEDERAL CREDIT UNION., has willfully failed to comply with the federal, Fair Credit Reporting Act [FCRA], specifically, *U.S.C. Title 15, section 1681s-2; Responsibilities of furnishers of information to consumer reporting agencies, subsection (a)(3); Duty to provide notice of dispute.*

Plaintiff further alleges that he provided the defendant with a "notice of dispute" pursuant to a questionable "hard credit inquiry" made by the defendant into plaintiff's [Experian] Credit File, on: 2/26/2009; plaintiff thereafter provided a "notice of dispute" to the defendant via certified mail, on: 2/27/2009. Plaintiff further alleges that the defendant, despite repeated (phone) requests from the plaintiff to do so, has refused to comply with the [FCRA] by providing [Experian] with plaintiff's "notice of dispute" as to the disputed questionable "hard credit inquiry" made by the defendant into plaintiff's [Experian] Credit File on: 2/26/2009.

## COMPLAINT AGAINST (First USA Bank, NA )

**4)**   Plaintiff alleges the defendant, FIRST USA BANK, N.A., did knowingly obtain a copy of the plaintiff's, [Experian] credit file, on: 2/26/2009, without a permissible purpose; pursuant to the: [FCRA] *U.S.C. Title 15, sec. 1681b; Permissible purposes of consumer reports*. Plaintiff further alleges that this [hard] inquiry into the plaintiff's [Experian] credit file, by the defendant, [was not] initiated by the plaintiff, and the defendant otherwise, had no other permissible purpose for knowingly obtaining a copy of plaintiff's [Experian] credit file. Plaintiff further alleges that he provided the defendant with written "notice of dispute" as to this matter via certified mail, on 3/27/2009, whereby requesting written verification and documentation from the defendant as to their permissible purpose in so obtaining plaintiff's [Experian] credit file on 2/26/2009, or

4009 W. Kiva Street
Laveen, Arizona 85339
(602) 237-9152, (602) 319-8777

Complaint - Fair Credit Reporting Act.

otherwise, requesting that the defendant delete the disputed "inquiry" pursuant to: *U.S.C. Title 15, section 1681s-2; Responsibilities of furnishers of information to consumer reporting agencies, subsection (a)(2); Duty to correct and update information.* Plaintiff further alleges that the defendant has done neither.

**PRAYER FOR RELIEF AND DEMAND FOR JUDGMENT**

1) Against defendant, <u>Desert Schools Federal Credit Union</u>, for actual damages in the amount of $1,000.00, pursuant to: *U.S.C. Title 15, section: 1681n (a)(1)(A)*, for willfully failing to comply with the [FCRA] as alleged herein, and also for plaintiff's costs of the action.

2) Against defendant, <u>First USA Bank, N.A.</u>, for actual damages in the amount of $1,000.00, pursuant to: *U.S.C. Title 15, section: 1681n (a)(1)(B)*, for willfully failing to comply with the [FCRA] as alleged herein, and also for plaintiff's costs of the action.

DATED this: 22nd day of April 2009.

BY: _____

Van E. Flury

4009 W. Kiva Street
Laveen, Arizona 85339               Complaint - Fair Credit Reporting Act.
(602) 237-9152, (602) 319-8777