Mark Kirkorsky (#010029)
MARK A. KIRKORSKY, P.C.
Attorneys at Law
4025 South McClintock Drive
Suite 208
Tempe, Arizona 85282
(480) 551-2173
mark@collectionstatus.com

Attorneys for Defendant Desert Schools Federal Credit Union

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| VAN E. FLURY, an individual,<br><br>Plaintiff,<br>v.<br><br>DESERT SCHOOLS, a federally chartered credit union,<br><br>FIRST USA BANK, NA, a federally chartered bank<br><br>Defendants. | Case Number:<br>2:09-cv-0848-JAT<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO DESERT SCHOOLS ONLY** |

Plaintiff, Van E. Flury, appearing in his own behalf and Defendant, Desert Schools Federal Credit Union ("DSFCU"), by and through undersigned counsel, hereby stipulate to the dismissal with prejudice as to all claims against Defendant Desert Schools Federal Credit Union, with each party to bear its own costs and legal fees. The parties respectfully request that the Court enter the Order of Dismissal with Prejudice as to Desert Schools Federal Credit Union, which has been lodged with the Court concurrently herewith.

//////

//////

DATED this 18th day of June May, 2009.

MARK A. KIRKORSKY, P.C.

By: ______________________

Mark Kirkorsky
4025 South McClintock Dr.
Suite 208
Tempe, Arizona 85282
Attorneys for DSFCU

______________________

Van E. Flury
4009 W. Kiva Street
Laveen, Arizona
Pro Se Litigant